**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**Amos A. AGGABAO, Appellant.**

**No. WD 71712.**

Missouri Court of Appeals,
Western District.

Nov. 16, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2011.

Amos A. Aggabao Kansas City, MO, Appellant, pro se.

Megan Fuller Pfannenstiel, Assistant City Prosecutor, Kansas City, MO, for Respondent.

Before Division Two: JAMES EDWARD WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Amos A. Aggabao appeals the judgment of the Circuit Court of Jackson County, Missouri ("trial court"), finding him guilty of driving thirty-seven miles per hour in a twenty-five-mile-per-hour school zone in violation of Kansas City Ordinance 70–363(c).

We affirm the judgment of the trial court. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Prince Gregory JOHNSON, Appellant.**

**No. WD 70316.**

Missouri Court of Appeals,
Western District.

Nov. 23, 2010.

S. Kate Webber, Kansas City, MO, for appellant.

Shaun J. Mackelprang, John Grantham, Jefferson City, MO, for respondent.

Before: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

**ORDER**

PER CURIAM:

Prince Johnson appeals his conviction in the Circuit Court of Clay County of one count of distribution, delivery, or sale of a controlled substance. Johnson argues that the circuit court plainly erred in failing to intervene *sua sponte* during the State's closing argument after the prosecutor purportedly argued that defense counsel had lied to the jury. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).